IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JANICE VINYARD,
    Plaintiff,
v.

Case No.: 3:07cv438/MCR/EMT

PFIZER, INC., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

By order of this court dated June 3, 2011, Plaintiff was given thirty (30) days in which to hire an attorney or notify the court of her intent to proceed pro se (*see* doc. 15). Plaintiff was warned that her failure to respond to the court's order within the allotted time would be grounds for dismissal. That time has elapsed, and the court has received no response from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of July 2011.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**